**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **SUE ROBERTS, Individually and as Special Administrator for the Estate of ROBERT E. JOHNSON, Deceased,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**A.W. CHESTERTON., et al.,**<br><br>　　　　**Defendants.** | Case No. 3:12-CV-50429<br><br>**IN RE: ASBESTOS LITIGATION**<br><br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT GENERAL ELECTRIC COMPANY'S
CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)**

Defendant General Electric Company ("General Electric") certifies that it is a non-governmental corporation organized and existing under the laws of the State of New York, with its principle place of business in Fairfield, Connecticut. General Electric submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, for the use of the judges of this Court:

1.　　General Electric is a publicly-held corporation.

2.　　General Electric does not have a parent corporation.

3.　　No publicly-held corporation owns 5 percent or more of General Electric's stock.

| | |
|---|---|
| Dated: <u>January 24, 2013</u> | By: 　<u>s/ John Fonstad</u><br><br>Maja C. Eaton<br>John A. Fonstad<br>Jeffrey M. Schieber<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br>Attorneys for Defendant<br>General Electric Company |

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the CM/ECF system.  The forgoing document was served upon all counsel of record via the CM/ECF system on this 24th day of January, 2013.


                   *s/ John Fonstad*